UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Choice Hotels International, Inc. , <br><br>   Plaintiff, <br><br>vs. <br><br>Shakti Krupa, Inc. and Niraja Sheta, a/ka Nick Sheth, <br><br>   Defendant. | CIVIL ACTION FILE <br><br>NO. 4:13-cv-194-HLM |

## DEFAULT JUDGMENT

  The defendant(s) Shakti Krupa, Inc. and Niraja Sheta, a/ka Nick Sheth, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Harold L Murphy, United States District Judge, by order of January 9, 2014, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

  ORDERED AND ADJUDGED, that the plaintiff Choice Hotels International, Inc. , recover from the defendant(s) Shakti Krupa, Inc. and Niraja Sheta, a/ka Nick Sheth, the amount of $90,823.22, an amount representing damages of $90,154.02 plus costs in the amount of $669.20,  plus interest.

  Dated at Rome, Georgia this 24th day of January, 2014.

               JAMES N. HATTEN
               CLERK OF COURT


            By:   s/Debbie Burkhalter
                Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 January 24, 2014
James N. Hatten
Clerk of Court


By: s/Debbie Burkhalter
    Deputy Clerk